John Wolf, appellee, v. Joseph Herzog and I. Herzog, appellants. Gen. No. 30,109.

Action for breach of contract for purchase of foreign exchange. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

G. A. Buresh and Louis I. Gottlieb, for appellants. Joseph Z. Willner, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

John Fluger, appellee, v. Alice Werhane, appellant. Gen. No. 30,118.

Suit by tenant to compel landlord to repair water service pipe in demised apartment. Decree for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

L. H. Craig, for appellant; Harry T. Aspern, of counsel. Elmer W. Adkinson, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Michael Whalen, appellee, v. City of Chicago et al., appellants. Gen. No. 30,127.

Suit to enjoin municipality and its officers from interfering with complainant's business and customers. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Reversed and remanded with directions. Opinion filed November 23, 1925.

Francis X. Busch, Corporation Counsel, Joseph J. Thompson and Bernard A. Conlon, Assistant Corporation Counsel, for appellants; Cora B. Hirtzel, Assistant Corporation Counsel. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Ruby Wagner, appellee, v. M. L. Nilsen, trading as Lincoln Auto Service, appellant. Gen. No. 30,136.

Replevin to secure possession of automobile. Judgment in trover for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Chas. F. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed November 23, 1925.

A. H. Brown, for appellant. Paul Leitzell, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.